IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES LEWIS PARTEE | ) |
| | ) |
| v. | ) NO. 3:05-0117 |
| | ) JUDGE CAMPBELL |
| VANDERBILT MEDICAL CENTER, | ) |
|     et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated October 26, 2005 (Docket No. 28) and Plaintiff's objections thereto (Docket No. 29). The Court has reviewed the Magistrate Judge's findings, the objections, and the record.

The Plaintiff's objections are OVERRULED, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, Defendants' Motion for Summary Judgment (Docket No. 22) is GRANTED, and this action is DISMISSED for lack of standing and lack of federal court jurisdiction.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE